Slip Op. 23-30

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| JA SOLAR INTERNATIONAL LIMITED, and JA SOLAR USA INC., <br><br>        Plaintiffs, <br><br>    v. <br><br>UNITED STATES, <br><br>        Defendant. | Before:  Leo M. Gordon, Judge <br><br> Court No. 21-00514 |

**JUDGMENT**

This action having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that opinion, it is hereby

**ORDERED** that the Final Results of Redetermination Pursuant to Court Remand, ECF No. 52-1 (Remand Results), regarding the final results of the fifth administrative review of the antidumping duty ("AD") order covering crystalline silicon photovoltaic products (solar products) from Taiwan, <u>Certain Crystalline Silicon Photovoltaic Products from Taiwan</u>, 86 Fed. Reg. 49,509 (Dep't of Commerce Sept. 3, 2021) (final results and partial rescission of AD review, and final determ. of no shipments) and the accompanying Issues and Decision Memorandum, A-583-853 (Aug. 27, 2021), <u>available at</u> https://access.trade.gov/Resources/frn/summary/taiwan/2021-19052-1.pdf (last visited this date), are sustained; and it is further

Court No. 21-00514 Page 2

**ORDERED** that the subject entries enjoined in this action, see ECF No. 11 (order granting motion for preliminary injunction), must be liquidated in accordance with the final court decision, as provided in Section 516A(e) of the Tariff Act of 1930, as amended, 19 U.S.C. § 1516a(e) (2018).

                        /s/ Leo M. Gordon
                        Judge Leo M. Gordon

Dated: March 10, 2023
       New York, New York